**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BRANDON GREEN,<br><br>                Plaintiff,<br><br>  v.<br><br>LEGRAND, *et al.*,<br><br>                Defendants. | Case No. 3:24-CV-00345-ART-CLB<br><br>**ORDER STRIKING NOTICE OF RELATED CASES**<br><br>[ECF No. 3] |

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. On December 6, 2024, Plaintiff Brandon Green ("Green"), filed a Notice of Related Cases (ECF No. 3). This filing violates GO 2021-05, as the document is an improper notice filed with the Court. *See* GO 2021-05, § 3(d).

Accordingly, **IT IS ORDERED** that the notice of related cases, (ECF No. 3), is hereby **STRICKEN**.

**DATED**: December 6, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**