UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRANDON GREEN,

                Plaintiff

v.

LEGRAND, *et al.*,

                Defendants.

Case No. 3:24-cv-00345-ART-CLB

**ORDER**

**I.    DISCUSSION**

According to the notice Plaintiff filed with the Court (ECF No. 7), he is no longer incarcerated at Southern Desert Correctional Center.  Plaintiff has filed an updated address with this Court. (*Id.* at 1.)  Therefore, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff is no longer in prison.  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by **March 5, 2025**, or pay the full filing fee of $405.

**II.    CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is denied as moot.

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that by **March 5, 2025**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

**IT IS SO ORDERED.**

**DATED**: February 3, 2025

UNITED STATES MAGISTRATE JUDGE